Same case below, 354 Fed. Appx. 439.

**No. 09-9856. Daniel Deandrade, Petitioner v. United States.**

559 U.S. 1102, 130 S. Ct. 2394, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3610.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 600 F.3d 115.

**No. 09-9880. Enrico Thomas, Petitioner v. United States.**

559 U.S. 1102, 130 S. Ct. 2395, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3589.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 354 Fed. Appx. 439.

**No. 09-1078. In re Susan Rose, Petitioner.**

559 U.S. 1091, 130 S. Ct. 2383, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3664.

April 26, 2010. Petition for writ of habeas corpus denied.

**No. 09-9255. In re Jerome Henderson, Petitioner.**

559 U.S. 1091, 130 S. Ct. 2378, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3518, ■

April 26, 2010. Petition for writ of habeas corpus denied.

**No. 09-10019. In re Kim McMullen, Petitioner.**

559 U.S. 1091, 130 S. Ct. 2395, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3650.

April 26, 2010. Petition for writ of habeas corpus denied.

**No. 09-10039. In re Jimmie Odell Bruner, Petitioner.**

559 U.S. 1091, 130 S. Ct. 2396, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3513.

April 26, 2010. Petition for writ of habeas corpus denied.

**No. 09-10031. In re Ellyn J. Burnes, Petitioner.**

559 U.S. 1091, 130 S. Ct. 2395, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3599.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.

**No. 09-8701. In re Lindsey Kent Springer, Petitioner.**

559 U.S. 1091, 130 S. Ct. 2372, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3545.

April 26, 2010. Petition for writ of mandamus denied.

**No. 09-9277. In re Jeffrey Sanders, Petitioner.**

559 U.S. 1091, 130 S. Ct. 2380, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3604, ■

April 26, 2010. Petition for writ of mandamus denied.